IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANDRE BURRELL,<br>    *Plaintiff*,<br><br>v.<br><br>RECOVERY CENTER OF MARYLAND, LLC, *et al.*,<br>    *Defendants* | Case No. 24-cv-3167-ABA |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Andre Burrell filed his complaint on October 31, 2024. ECF No. 1. After Plaintiff failed to serve the summons and complaint upon the Recovery Center of Maryland, LLC and Steven Schreiber (the "Defendants") within 90 days of filing the complaint, per Fed. R. Civ. P. 4(m), this Court ordered Plaintiff to file a status report on or before March 19, 2025, which he failed to do. ECF No. 3. The Court then ordered Plaintiff to file a status report on of before April 14, 2025. ECF No. 4. In Plaintiff's Status Report filed on April 16, 2025, Plaintiff requested additional time to serve the Defendants due to change of counsel in January 2025. ECF No. 6. The Court accepted that status report and the Clerk's Office reissued summons on April 18, 2025. ECF Nos. 8 and 9. After Plaintiff again failed to serve the summons and complaint upon Defendants within 90 days of the reissuance of summons, on August 25, 2025, this Court ordered Plaintiff to show good cause for why the complaint should not be dismissed pursuant to Fed. R. Civ. P. 4(m) and Local Rules 103.8.a. ECF No. 10. Plaintiff filed a Motion Showing Cause on August 27, 2025 asking the Court to not dismiss this case due, again, to the change of counsel that occurred in January 2025. ECF No. 12. As

of the date of this Order (just a few days short of one year after Plaintiff filed the complaint), Plaintiff has still failed to provide proof of service upon Defendants.

## ORDER

For the reasons stated above, Mr. Burrell's Motion Showing Cause is DENIED and his complaint is DISMISSED without prejudice. The Clerk of Court shall mark the case as CLOSED.

Date:  October 6, 2025                              _____/s/_____
                                                    Adam B. Abelson
                                                    United States District Judge